# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1-1

| Case No.: | 18-64547-SMS | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | T-BIRD ENTERPRISES, LLC | Date Filed (f) or Converted (c): | 08/30/2018 (f) |
| | | § 341(a) Meeting Date: | 10/02/2018 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 04/18/2019 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Business Checking Account at SunTrust Bank, xxxxxx8076 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Business Checking Account at SunTrust Bank, xxxxxx8076 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | A/R 90 days old or less. Face amount = $29,441.34. Doubtful/Uncollectible accounts = $0.00. | 29,441.34 | 29,441.34 | | 3,843.62 | 100.00 |
| 4 | Other inventory or supplies: ????, 12/31/2017, Net Book Value: $0.00, Valuation Method: Comparable sale<br>Per Debtor representative at the 341 meeting, there is no remaining inventory. It was scheduled in error. | 15,000.00 | 0.00 | | 0.00 | FA |
| 4 | Assets    Totals    (Excluding unknown values) | $44,441.34 | $29,441.34 | | $3,843.62 | $100.00 |

**Major Activities Affecting Case Closing:**

Trustee sent collection letters to customers with limited collection success due to various issues raised by customers. Additional recoveries are unlikely.

**Initial Projected Date Of Final Report (TFR):**   12/31/2020     **Current Projected Date Of Final Report (TFR):**   12/31/2019

07/29/2019                                                                    /s/S. Gregory Hays
_____                                                              _____
Date                                                                          S. Gregory Hays

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 18-64547-SMS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | T-BIRD ENTERPRISES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9791 | Account #: | ******9500 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/19 | {3} | Latimer Construction | Invoice # 13188 paid in full. | 1121-000 | 457.75 | | 457.75 |
| 01/31/19 | {3} | Local Homes LLC | Invoice # 12544,13313,13186,13189,12543 (SDL Homes) Paid in Full | 1121-000 | 2,741.39 | | 3,199.14 |
| 05/02/19 | {3} | Connelly residential Services Inc | Invoice # 13190-1 | 1121-000 | 644.48 | | 3,843.62 |
| | | | **COLUMN TOTALS** | | 3,843.62 | 0.00 | $3,843.62 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,843.62 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,843.62** | **$0.00** | |

{ } Asset Reference(s)                  ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-2

| | |
|---|---|
| **Case No.:** | 18-64547-SMS |
| **Case Name:** | T-BIRD ENTERPRISES, LLC |
| **Taxpayer ID #:** | **-***9791 |
| **For Period Ending:** | 06/30/2019 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9500 Checking |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $3,843.62 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $3,843.62 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9500 Checking | $3,843.62 | $0.00 | $3,843.62 |
| | $3,843.62 | $0.00 | $3,843.62 |