UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| T-BIRD ENTERPRISES, LLC, | : | CASE NO. 18-64547-SMS |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 16th day of November, 2020.

                                                                                             */s/ S. Gregory Hays*
                                                                                              S. Gregory Hays
                                                                                              Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

| | | |
|---|---|---|
| Berkley Net<br>PO Box 535080<br>Atlanta, GA 30353-5080 | CCWSA<br>PO Box 5000<br>Canton, GA 30114-5000 | Cellco Partnership<br>d/b/a Verizon Wireless<br>William Vermette<br>22001 Loudoun County Pkwy<br>Ashburn, VA 20147-6105 |
| Collins Millwork<br>1 Johnson St<br>Cartersville, GA 30120-3275 | Comcast Business<br>PO Box 37601<br>Philadelphia, PA 19101-0601 | Delaney Inc.<br>265 Castleberry Industrial Dr<br>Cumming, GA 30040-9051 |
| Doss Printing<br>310 E. Marietta Street<br>Canton, GA 30114-3017 | Dyke Enterprises, Inc.<br>305 Crosstree Lane<br>Atlanta, GA 30328-1813 | Dyke Industries<br>6600 Best Freind Road<br>Norcross, GA 30071-2917 |
| Fireside Natural Gas<br>PO Box 116268<br>Atlanta, GA 30368-6268 | GA Department of Revenue<br>Sales and Use Tax<br>P. O.Box 105296<br>Atlanta, GA 30348 | GA Department of Revenue<br>Compliace Division<br>ARCS Bankruptcy<br>ATLANTA, GA 30345-3202 |
| Georgia Power<br>BIN#10102<br>241 Ralph McGill Blvd.<br>Atlanta, GA 30308-3374 | Internal Revenue Service<br>Insolvency<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Joel Ebbersburger<br>106 Elm Lane<br>Ellijay, GA 30540-3500 | Kabbage<br>925 B Peachtree Street NE<br>SUite 1688<br>Atlanta, GA 30309-3918 | Katherine J. Hill<br>Hicks Hill, LLC<br>Suite 210<br>305 Lawrence Street<br>Marietta, GA 30060-2093 |
| Klumb Lumber<br>11159 Bobby Williams Pkwy<br>Covington, GA 30014-1101 | Law Offices Of<br>Ezra B. Jones, III<br>305 Crosstree Lane<br>Atlanta, GA 30328-1813 | LJ Smith<br>Universal Stair Part<br>919 Old Nelson Road<br>Nelson, GA 30151 |
| Luke Garcia<br>119 Opal Court<br>Canton, GA 30115-8681 | Madison Holdings<br>135 P. Rickman Ind. Drive<br>Canton, GA 30115-9099 | Masterpro<br>224 Brown Industrial Pkwy<br>Suite 101<br>Canton, GA 30114-8065 |
| Metrie Inc.<br>40 Hopson Dr SE<br>Acworth, GA 30102-3102 | Moss Supply<br>5001 North Graham St.<br>Charlotte, NC 28269-4826 | Net Comp<br>3800 Fenandina Road<br>#210<br>Columbia, SC 29210-3862 |
| Office of the US Trustee<br>362 Richard Russell Bldg<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Pat Sherwood<br>549 Coral Trace Blvd<br>Edgewater, FL 32132-6944 | Patricia Osterhaut<br>549 Coral Trace Blvd<br>Edgewater, FL 32132-6944 |

Plygem Windows
5020 Westin Pkwy
Suite 400
Cary, NC 27513-2322

Randall Brothers Inc
665 Marietta Street NW
Atlanta, GA 30313-2494

Russ Gambino
201 Carrington Way
Canton, GA 30115-4723

Santek Waste Services
PO Box 180600
College Grove, TN 37046

Southern Trust Insurance
PO Box 250
Macon, GA 31202-0250

T MOBILE
C/O American Infosource LP
4515 N SANTA FE AVE
Oklahoma City, OK 73118-7901

T Mobile/T-Mobile USA Inc
by American InfoSource
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

T-Bird Enterprises, LLC
3404 Morgan Road
Canton, GA 30115-4347

The Delaney Hardware Co.
c/o Delaney Hardware
P.O. Box 384
Cumming, GA 30028-0384

Tim Brenner
5087 Cumming Hwy
Canton, GA 30115-2240

T-Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596

Tucker Doors
650 Hwy 83
Monroe, GA 30655-5359

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW
Suite 600
Atlanta, GA 30303-3309

US Lumber
3312 N Berkley Lake Rd NW
Duluth, GA 30096-3253

Verizon Wireless
P. O. Box 660108
Dallas, TX 75266-0108

Verizon Wireless
P.O. Box 105378
Atlanta, GA 30348-5378

Waste Services of Georgia
North Atlanta
PO Box 180600
Chattanooga, TN 37406-7600