**IT IS ORDERED as set forth below:**

**Date: December 17, 2020**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| T-BIRD ENTERPRISES, LLC, | : | CASE NO. 18-64547-SMS |
| | : | |
| Debtor. | : | |

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE AND PROFESSIONALS OF THE TRUSTEE**

On November 13, 2020, the Chapter 7 Trustee ("**Trustee**") filed applications for payment of compensation in the amount of $960.91 and expenses in the amount of $69.05 to the Chapter 7 Trustee [Doc. No. 17-1], and compensation in the amount of $1,650.00 and expenses in the amount of $9.36 to Hays Financial Consulting, LLC, the Chapter 7 Trustee's accountants [Doc. No. 17-2] (collectively, the "**Fee Applications**").

Also on November 13, 2020, Trustee filed his *Trustee's Final Report (TFR)* [Doc. No. 17] (the "**Trustee's Final Report**") in which he proposed to make certain distributions to creditors, including the above-mentioned professionals.

On November 16, 2020, Trustee filed a notice [Doc. No. 18] (the "**Notice**") of the Fee Applications, setting the Fee Applications and Trustee's Final Report for hearing on December 16, 2020 (the "**Hearing**").

Trustee certifies that he served the Notice on all creditors and parties in interest entitled to notice.  [Doc. No. 18-1].

No party in interest filed a response in opposition to the relief requested in the Fee Applications or Trustee's Final Report.

No creditors or parties in interest appeared to oppose the relief requested in the Fee Applications or Trustee's Final Report.

The services sought to be compensated in the Fee Applications have been evaluated pursuant to 11 U.S.C. §§ 326 and 330.  The compensation requested by Trustee is equal to the statutory fee provided in 11 U.S.C. §326, and appears reasonable under the circumstances.  The compensation of Trustee's professionals is reasonable under the circumstances.  Under the principles set forth in *Norman v. Housing Authority of City of Montgomery*, 836 F.2d 1292 (11th Cir. 1988), and this Court's knowledge of prevailing market rates and an evaluation of the skill, experience, and reputation of the professional applicants, the hourly rates which they seek to charge are reasonable.  Review of the Fee Applications shows the hours expended were reasonable. The Court further finds that the expenses, for which reimbursement is sought, were reasonable and necessary in rendering the services.  No factors are present in this case that require reduction or enhancement of the lodestar.  Accordingly, and for good cause shown, it is hereby

 **ORDERED** that the Fee Applications and Trustee's Final Report are **APPROVED** and this approval is made final.  It is further

**ORDERED** that the fees and expenses requested are allowed as compensation and reimbursement of expenses as follows:

| *Applicant* | *Docket No.* | *Fees* | *Expenses* | *Total* |
|---|---|---|---|---|
| S. Gregory Hays, Chapter 7 Trustee | 17-1 | $960.91 | $69.05 | $1,029.96 |
| Hays Financial Consulting, LLC accountants for Chapter 7 Trustee | 17-2 | $1,650.00 | $9.36 | $1,659.36 |

It is further

**ORDERED** that Trustee is authorized and directed to pay said compensation and reimbursement of expenses approved herein based on available funds and as outlined in Trustee's Final Report.

### [END OF DOCUMENT]

Draft Order prepared and presented by:

By: /s/ S. Gregory Hays
  S. Gregory Hays
  Chapter 7 Trustee
2964 Peachtree Road, NW
Suite 555
Atlanta, GA 30305
(404) 926-0060

Identification of parties to be served:

Office of the U.S. Trustee, 362 Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

S. Gregory Hays, Hays Financial Consulting, LLC, 2964 Peachtree Rd, NW, Suite 555, Atlanta, GA 30305

T-Bird Enterprises, LLC, 3404 Morgan Road, Canton, GA 30115

Katherine J. Hill, Hicks Hill, LLC, Suite 210, 305 Lawrence Street, Marietta, GA 30060